IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RUNYON INDUSTRIES, INC.,

    Plaintiff,

v.

KESTERSON AG CONSULTING, INC.,

    Defendant.

Civil Action No. 05-2162
Judge Robert T. Dawson

## ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE

BEFORE THE COURT is the Motion of Plaintiff, Runyon Industries, Inc., for Dismissal of this Civil Action (CM/ECF System document number 7) pursuant to Fed. R. Civ. P. 41(a)(2).

It appears to the Court that the Motion is well taken, and further appears that Defendant, Kesterson AG Consulting, Inc., is in agreement with the relief requested in the Motion.

THE COURT therefore GRANTS the Motion. This civil action is DISMISSED without prejudice.

ROBERT T. DAWSON
U.S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

FEB 0 7 2006

CHRIS R. JOHNSON, CLERK

BY      DEPUTY CLERK